UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| ROBERT A. MAGARY, SR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GERRIT BENSON; FREDERICK LOWE; )<br>LESLIE LILLY; MITCHELL BROUDY; )<br>and PETER IMBROGNO, )<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:17-CV-138-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's application to proceed in forma pauperis [D.E. 1] is GRANTED, plaintiff's objections to the M&R [D.E. 9] are OVERRULED, and plaintiff's complaints [D.E. 6, 8] are DISMISSED as frivolous. Plaintiff's motion for injunctive relief [D.E. 7] is DENIED.

**This Judgment Filed and Entered on March 27, 2018, and Copies To:**

Robert A. Magary, Sr. (via CM/ECF electronic notification)

DATE:  PETER A. MOORE, JR., CLERK

March 27, 2018  (By) /s/ Nicole Briggeman

Deputy Clerk